**Order filed, August 30, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00614-CR
_____

**HERBERT GOLDSMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1277685**

---

## ORDER

The reporter's record in this case was due **August 21, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Judy Fox and Marcia Barnett** to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM